IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JESS T. LAMMERS,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>STATE OF NEBRASKA DEPARTMENT OF HEALTH AND HUMAN SERVICES, and LINCOLN REGIONAL CENTER,<br><br>　　　　　　Defendants. | 8:22CV136<br><br>**MEMORANDUM AND ORDER** |

On May 12, 2022, the court ordered Plaintiff to pay the $402.00 filing and administrative fees or file a request for leave to proceed in forma pauperis within 30 days, or else face dismissal of this action. To date, Plaintiff has not paid the fees, submitted a request for leave to proceed in forma pauperis, or taken any other action in this matter.

IT IS THEREFORE ORDERED:

1. This matter is dismissed without prejudice because Plaintiff failed to prosecute it diligently and failed to comply with this court's orders.

2. The court will enter judgment by a separate document.

Dated this 21st day of June, 2022.

BY THE COURT:

*Richard G. Kopf*
Richard G. Kopf
Senior United States District Judge